FILE COPY



# Court of Appeals
# Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-17-00264-CV

## Trial Court No. 13-2481C

**Kevin Martin and Renee Martin**

**Vs.**

**Michael Johns Loyd and Karman Kay Loyd**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $10.00 | Bill  Frizzell |
| Indigent | $25.00 | Bill  Frizzell |
| Supreme Court chapter 51 fee | $50.00 | Bill  Frizzell |
| Filing | $100.00 | Bill  Frizzell |
| Required Texas.gov efiling fee | $30.00 | Bill  Frizzell |
| **TOTAL:** | $215.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 27th day of November 2017, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk